UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PIROSKA COON, et al.,

    Plaintiffs.

v.

CONSOR NORTH AMERICA, INC.,

    Defendant.

Case No.  25-cv-06721-JCS

**ORDER TO SHOW CAUSE**

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on November 11, 2025, before this Court in the above-entitled case.  Plaintiff was not present.  Defendant was present.

IT IS HEREBY ORDERED that Plaintiff appear by Zoom webinar at https://www.cand.uscourts.gov/jcs on **November 19, 2025, at 2:00 p.m.,** before Magistrate Judge Joseph C. Spero and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on November 11, 2025, for failure to prosecute, and for failure to comply with the Court's Order of August 13, 2025.  A case management conference is also scheduled for **November 19, 2025**, **at 2:00 p.m.,** also by Zoom webinar.

IT IS SO ORDERED.

Dated: November 13, 2025

_____
JOSEPH C. SPERO
United States Magistrate Judge