UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIROSKA COON, et al.,<br>　　　　Plaintiffs.<br>　v.<br>CONSOR NORTH AMERICA, INC.,<br>　　　　Defendant. | Case No.  25-cv-06721-JCS<br><br>**CASE MANAGEMENT ORDER** |

Following the case management conference held on November 19, 2025, IT IS HEREBY ORDERED THAT:

The last day to seek leave to amend pleadings is **February 14, 2026**.  No new parties may be added without leave of Court.

A further case management conference is set for **February 11, 2026**, **at 2:00 p.m.**, before Magistrate Judge Spero, in Courtroom D, 15th Floor, U.S. District Court, 450 Golden Gate, San Francisco, California.  An updated joint case management conference statement is due **February 4, 2026**.

IT IS FURTHER ORDERED THAT:

**I.　DISCOVERY**

A.  All non-expert discovery shall be completed by August 14, 2026.

B.  All expert disclosures required by the Federal Rules of Civil Procedure shall be made by August 21, 2026, by the party that bears burden of proof on a claim or defense.  Expert rebuttal disclosures by the party that does not bear the burden of proof on an issue shall be made by September 4, 2026.

C.  All discovery from experts shall be completed by September 18, 2026.

Revised 10/27/2023

D. In lieu of filing formal discovery motions, lead trial counsel for Plaintiff(s) and lead trial counsel for Defendant(s) shall meet and confer **in person** regarding the subject matter of the Motion(s) in an effort to resolve these matters. After attempting other means to confer on the issue (i.e. letter, phone call, e-mail) any party may demand such a meeting on ten (10) business days' notice. The location of the meeting will alternate with the first location selected by counsel for Plaintiff, the second by counsel for Defendant, etc. Within five (5) business days of the lead trial counsels' meet-and-confer session, the parties shall provide a detailed Joint Letter to the Court, not to exceed five (5) pages without leave of Court. This Joint Letter shall include a description of every issue in dispute and, with respect to each such issue, a detailed summary of each party's final substantive position and their final proposed compromise on each issue. Upon receipt of the Joint Letter the Court will determine what future proceedings are necessary.

II. **MOTIONS**

Each party may file one *Daubert* motion, addressing any number of expert witnesses, to be heard at the same time as dispositive motions. All dispositive motions and *Daubert* motions shall be heard on **November 6, 2026**, **at 9:30 a.m., in Courtroom D, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA.** Any reply papers on such motions shall be served and filed no later than **four (4) weeks** prior to the scheduled hearing date. The parties shall meet and confer and file a stipulation and proposed order as to the remainder of the briefing schedule.

All chambers' copies should be submitted in .pdf format and emailed to JCSPO@cand.uscourts.gov. Please do not submit paper copies unless requested by the Court.

No party may file more than one (1) summary judgment motion without leave of Court.

### III.   **PRIVATE MEDIATION**

By agreement of the parties, this matter has been referred to private mediation to be conducted within 90 days, if possible.  By December 3, 2025 the parties shall file a joint letter with the name of the mediator and mediation date. The parties shall promptly notify the Court whether the case is resolved at the mediation.

IT IS SO ORDERED.

Dated: November 19, 2025

_____
JOSEPH C. SPERO
United States Magistrate Judge

CONFIDENTIAL
JUROR QUESTIONNAIRE

Please fill out this form as completely as possible and print clearly. Since we want to make copies for the attorneys and the Court, do not write on the back of any page. If you need more room, continue at the bottom or on the side of the page. Thank you for your cooperation.

1. Your name: _____

2. Your age: _____

3. City in which you reside: _____

4. Your place of birth: _____

5. Do you rent or own your own home? _____

6. Are you married or do you have a domestic partner? _____ Yes _____ No

7. Please list the occupation of your spouse or domestic partner:
_____

8. If you are not married and do not have a domestic partner, are you (circle one, if applicable):
( ) Single        ( ) Separated        ( ) Divorced        ( ) Widowed

9. If you have children, please list their ages and sex and, if they are employed, please give their occupations:
_____
_____
_____

10. What is your occupation and how long have you worked in it? (If you are retired, please describe your main occupation when you were working.)
_____
_____

11. Who is (or was) your employer? _____

12. How long have you worked for this employer? _____

13. Please describe your education background:
Highest grade completed: _____
College and/or vocational schools you have attended:
_____
_____
Major areas of study: _____

14. Have you ever had jury experience? _____ Number of times? _____
If yes: State/County Court _____ Federal Court _____
When? _____ Was it a civil or criminal case? _____
Did any of the juries reach a verdict? _____ Yes _____ No

Revised 10/27/2023